UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT** )<br>F.C.C. U.S.P. )<br>P.O. BOX 1034 )<br>COLEMAN, FL. 33521, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPT. OF AGRICULTURE** )<br>5601 Sunny Side Ave. )<br>Mail Stop 5128 )<br>Beltsville, MD. 20705-5128 )<br>700 Pennsylvania Ave., N.W. )<br>Washington, D.C. 20408 )<br>)<br>)<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-0202 (JDB) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Karen Melnik, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
Karen Melnik, D.C. Bar #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance was served by first class mail on this 20th day of February, 2007, upon:

Damon Elliott
F.C.C. U.S.P.
#31034-037
P.O. Box 1034
Coleman, FL 33521

                                             Karen L. Melnik, D.C. Bar. #436452
                                             Assistant United States Attorney
                                             555 4th Street, N.W. Rm. E-4112
                                             Washington, D.C. 20530