UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0202 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The plaintiff, Damon Elliott, is a prisoner in the Federal correctional facility in Coleman, Florida. By letters dated November 20, 2006, and December 5, 2006, plaintiff made requests under the Freedom of Information Act ("FOIA") to the FOIA unit of the Agricultural Research Service ("ARS"), USDA. In the letters, plaintiff requested copies of the Notice of Acceptance ceding jurisdiction over the land of the Beltsville Agricultural Research Center ("BARC"), from the State of Maryland to the United States, and for the report of the Attorney General of the United States, that the United States had acquired a perfect title to the same land. BARC is operated by the ARS, USDA. See Exhibit 1 (November 20, 2006 letter) and Exhibit 2 (December 5, 2006 letter) attached hereto.

2. By letter dated December 29, 2006, the ARS FOIA unit made an initial reply to plaintiff's

        FOIA request.  See Exhibit 3 (December 29, 2006 letter) attached hereto.  The initial reply states that ARS does not maintain a copy of the Notice of Acceptance (correctly titled the Certificate of Acceptance), and refers plaintiff to the Prince Georges County Land Records Office for this record.  See id.  The initial reply also states that ARS maintains the report of the Attorney General with supporting documents, but that it is approximately 2,200 pages.  See id.  The search and copying costs of producing a copy of the report and supporting documents would be $480.  See id.  Pursuant to USDA FOIA regulations, plaintiff is required to pay half of that fee before the copying of the records can begin.  See id.  The remainder of the fee will be due after plaintiff receives the records.  The letter gives plaintiff until January 19, 2007, to provide a $240 check.  See Exhibit 3.  If the money is not received by that date, the request will be closed.  See id.

3. On January 11, 2007, plaintiff filed the instant "Judicial Review Complaint" ("Complaint").  The Complaint refers to the above-referenced December 5, 2006, FOIA request.  In his Complaint, plaintiff seeks a court order requiring the USDA "to disclose a copy of the Title."  See Complaint at 2.

4. By letter dated January 17, 2007, in response to the ARS FOIA unit's initial reply of December 29, 2006, plaintiff states that he needs an additional sixty (60) days to collect the first half of the fee for the records.  See Exhibit 4 (January 17, 2007 letter) attached hereto.  Enclosed in plaintiff's letter was a copy of his inmate account statement, showing a balance of $36.54.  See id.

5. By letter dated January 29, 2007, the ARS FOIA unit replied to plaintiff's January 17, 2007 letter.  See Exhibit 5 (January 29, 2007 letter) attached hereto.  The ARS letter notes

plaintiff's willingness to pay the fee, and grants his request for an extension of time to pay the first half of the fee. See id. The ARS letter states that plaintiff has until March 30, 2007 (60 days from the letter date) to pay the first half of the fee, and that if he did not do so, his request would be closed. See id.

6. The defendant's answer is due to be filed on March 5, 2007. However, there is no withholding issue in this case. Thus, if plaintiff pays the first half of the fee by March 30, 2007, USDA will provide the records to him and bill him for the second half of the fee. The defendant would then seek to dismiss this case as moot. Therefore, the defendant requests an additional thirty (30) days in which to file an answer.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for an Enlargement of Time was served by first-class mail on this 22nd day of February, 2007, upon:

>Damon Elliott
>Register No. 31034-037
>F.C.C. USP
>P.O. Box 1034
>Coleman, FL.  33521


>_____
>Karen L. Melnik D.C. Bar # 436452
>Assistant United States Attorney
>555 4th Street, N.W. Rm E4112
>Washington, D.C. 20530
>(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                              )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )   Civil Action No. 07-0202 (JDB)
                                            )
UNITED STATES DEPARTMENT OF                 )
AGRICULTURE,                                )
                                            )
        Defendant.                          )
_____ )

ORDER

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time, and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the Defendant's motion is hereby GRANTED; and it is further

ORDERED, that the Defendant's will have until April 4, 2007, to file an answer.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Damon Elliott
Register No. 31034-037
F.C.C. USP
P.O. Box 1034
Coleman, FL. 33521

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, FL. 33521

November 29, 2006
RE: F.O.I.A. REQUEST

Dear Ms. Hutchison:

I want to purchase a copy of the "Notice of such Acceptance Document" ceding of jurisdiction with the Governor of the State of Maryland, and the report of the Attorney General of the United States that a perfect title had been secured over the lands of the Beltsville Agriculture Research Center in Beltsville Md. pursuant Title 40 U.S.C. §255.

*Damon Elliott*

Damon Elliott 31034-037
F.C.C. U.S.P.
P. O. Box 1034
Coleman, FL. 33521

December 5, 2006
RE: F.O.I.A. REQUEST

Dear Ms. Hutchison:

Title 40 U.S.C. § 255 provides:

that acceptance by the Federal Government of exclusive or concurrent jurisdiction cannot be presumed, but must be demonstrated by filing a notice with the Legislature of the State of Maryland and the report of the Attorney General of the United States that a perfect title had been secured over the land of the Beltsville Agriculture Research Center.

Mr. Elliott request a copy of the notice of acceptance; and report.

Damon Elliott

USDA

United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

December 29, 2006

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 1034
Coleman, Florida 33521

Dear Mr. Elliott:

This is in response to your November 29 and December 5, 2006, Freedom of Information Act (FOIA) requests for "a copy of the 'Notice of such Acceptance Document' ceding of jurisdiction with the Governor of the State of Maryland, and the report of the Attorney General of the United States that a perfect title had been secured over the land of the Beltsville Agricultural Research Center (BARC), Beltsville, Maryland."

As stated in our January 27, 2003, letter in response to previous FOIA requests submitted by you for the "Certificate of Acceptance" of Legislative Jurisdiction pursuant to Article 1, Section 8, Clause 17, and Title 40 U.S.C. SS255," ARS does not maintain a copy of this certificate. In our letter, you were directed to the Prince George's Land Records Office to obtain a copy; a copy of our January 27, 2003, letter is enclosed for your information.

In response to your request for the reports of the Attorney General that a perfect title had been secured over the BARC land, we maintain approximately 2,200 pages that contain the Attorney General reports along with the supporting documentation. As an "all other requester" you are entitled to 2 hours of search time free along with the first 100 page. Therefore, the cost for this information would be $480, which includes 5 hours of search time plus 2,200 pages at 20 cents per page minus the cost of the first 2 hours of search time and the first 100 pages. The U.S. Department of Agriculture regulations at 7 CFR Part 1, Subpart A., Appendix A, Section 8, allow our agency to require an advance payment of an amount up to the full estimated charges (but not less than 50 percent) from a requester before any of the requested materials are reproduced. Therefore, you should submit a check in the amount of $240, which is half of the estimated charges, to this office. Please make your check payable to "Treasurer of the United States" and send it to:

FOIA Coordinator, ARS
U.S. Department of Agriculture
5601 Sunnyside Avenue, Mail Stop 5128
Beltsville, Maryland 20705-5128.

Please reference FOIA 07-53 on your check. Once your payment is received, we will proceed to copy the requested documents. You will be billed the outstanding balance at the time the documents are provided to you.

ars

Office of the Director, Information Staff

Your request has been placed in our pending file until we receive a check from you. If this office does not hear back from you by January 19, 2007, your request will be closed.

Sincerely,


STASIA A.M. HUTCHISON
Freedom of Information Act
  Coordinator

Enclosure
    January 27, 2003, letter

FOIA 07-53

Damon Elliott 31034-037.
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521

1-17-2007
RE: $480.00 / F.O.I.A. 07-53

Dear Ms. Hutchison:

I need an additional (60) days to accumulate half of requested amount. See Account Statement enclose. I don't make that much money, in (a) days.

I receive your letter on the 10th of January 2007, and you request the money by the 19th of Jan. 2007.

Damon Elliott

07-53



United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

January 29, 2007

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 1034
Coleman, Florida 33521

Dear Mr. Elliott:

This is in response to your January 17, 2007, letter regarding the fees associated with processing your November 29 and December 5, 2006, Freedom of Information Act (FOIA) requests for "a copy of the 'Notice of such Acceptance Document' ceding of jurisdiction with the Governor of the State of Maryland, and the report of the Attorney General of the United States that a perfect title had been secured over the land of the Beltsville Agricultural Research Center (BARC), Beltsville, Maryland."

In your January 17 letter, you indicate a willingness to pay the fees associated with your request and request an extension for submitting your deposit. As stated in our previous letter, we anticipate the cost to be $480, which includes 5 hours of search time plus 2,200 pages at 20 cents per page minus the cost of the first 2 hours of search time and the first 100 pages. You should submit a check to this office in the amount of $240, which is half of the estimated charges. Please make your check payable to "Treasurer of the United States" and send it to:

> FOIA Coordinator, ARS
> U.S. Department of Agriculture
> 5601 Sunnyside Avenue, Mail Stop 5128
> Beltsville, Maryland 20705-5128.

Please reference FOIA 07-53 on your check. Once your payment is received, we will proceed to copy the requested documents. You will be billed the outstanding balance at the time the documents are provided to you. Your request has been placed in our pending file until we receive a check from you. If this office does not hear back from you by March 30, 2007, your request will be closed.

Sincerely,

STASIA A.M. HUTCHISON
Freedom of Information Act
  Coordinator

FOIA 07-53

