UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT,
    Plaintiff,

v.                        Civil Action No. 07-0202 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
    Defendant.

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff application to proceed in forma pauperis was granted and he is litigating this lawsuit in a *pro se* capacity.

Plaintiff is entitled to have his pleadings viewed in a less restrictive manner than pleadings submitted by attorneys. Accordingly, he shall be allowed to present his case in his own written words without strict adherence to technical requirements, as is expected of attorneys.

Otherwise, plaintiff request the Court to appoint counsel.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.                    Civil Action No. 07-0202 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
    Defendant.

## SUPPLEMENT MOTION

Four (4) years ago, in January 2003, plaintiff made several F.O.I.A. request for a copy of the "Title"* pursuant to Title 40 U.S.C. § 255 ... (see defendant response dated 1-27-03 attached). In this letter, Defendant stated in part:
   "We do not maintain a copy of the
   'Certificate of Acceptance' of Legis-
   lative Jurisdiction pursuant to Title

* Document

40 U.S.C. § 255 over the Beltsville Agriculture Research Center in Beltsville, Maryland."

Then Defendant directed Plaintiff to address his request to: Prince George's County Land Records Department, Clerk Office in Upper Marlboro, Maryland.

## SECOND REQUEST

On December 5, 2006, Plaintiff made this same F.O.I.A. request again to Defendant for a copy of the Document pursuant to Title 40 U.S.C. § 255. (see letter attached).

The Defendant responded on December 29, 2006. (see letter attached). Plaintiff receive it on January 10, 2007.

In this letter, Defendant now state in part: "

> We maintain approximately 2,200 pages that contain the Attorney General reports along with the supporting documentation."

2.

## ARGUMENT

Although Defendant has now allowed Plaintiff to purchase the requested Documentation in their December 29, 2006, response, plaintiff challenges the limitation time to purchase the Document;

Plaintiff also challenges the Defendant denial in their January 27, 2003 response, believe that the Defendant was the custodian of such records, believe the search conducted was not adequate, the response was in error, and he treat the incomplete response as a denial of his F.O.I.A. request and seek judicial review.

## CONCLUSION

Plaintiff request the Court to Order the Defendant to show what records was searched, by whom, and through what process in both their January 27, 2003 and December

29, 2006 response's. Plaintiff demand a trial by jury and if he prevail in his action, he is thus entitle to fees. The Court should grant an award. The defendant shall pay plaintiff Court fees, litigation costs, and any other costs.

Plaintiff also request the Court to inspect the Documents and make sure the Defendant haven't manufactured them.

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521



United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

January 27, 2003

Mr. Damon Elliott, 31034-037
United States Penitentiary
Box PMB
601 McDonough Boulevard, S.E.
Atlanta, Georgia 30315

Dear Mr. Elliott:

This is in response to your recent Freedom of Information Act requests sent to various agencies within the U.S. Department of Agriculture concerning Building 22, Beltsville Agricultural Research Center, Beltsville, Maryland. Your requests have been forwarded to this office for response.

We do not maintain a copy of the "'Certificate of Acceptance' of Legislative Jurisdiction pursuant to Article 1, Section 8, clause 17, and Title 40 U.S.C. SS255 over 3696 Sellman Road, Beltsville, Maryland 20705 and Building 22 of the Beltsville Agricultural Research Center, Beltsville, Maryland 20740." You may want to contact the Prince George's Land Records Office and request this document. I have enclosed information obtained from the Prince George's County Government website to assist you. The mailing address is:

> Clerk of Circuit Court for Prince George's County, MD
> Land Records Department
> 14735 Main Street
> Upper Marlboro, MD 20772

Sincerely,

/s/

Stasia A.M. Hutchison
Freedom of Information
 Act Coordinator

Enclosure



Office of the Director, Information Staff
5601 Sunnyside Avenue, Mail Stop 5128, Beltsville, MD 20705-5128
Voice: 301-504-1655 • FAX: 301-504-1647 • E-mail: shutchison@ars.usda.gov

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521

December 5, 2006
RE: F.O.I.A. REQUEST

Dear Department of Agriculture:

TITLE 40 U.S.C. § 255 PROVIDES:

... "that acceptance by the Federal Government of exclusive or concurrent jurisdiction cannot be presumed but must be demonstrated by filing a notice with the Legislature of the State of Maryland and the report of the Attorney General of the United States that a perfect title had been secured"... over the land of the Beltsville Agriculture Research Center.

The patron want to purchase this title, pursuant to this statute.

Damon Elliott



United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

December 29, 2006

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 1034
Coleman, Florida 33521

Dear Mr. Elliott:

This is in response to your November 29 and December 5, 2006, Freedom of Information Act (FOIA) requests for "a copy of the 'Notice of such Acceptance Document' ceding of jurisdiction with the Governor of the State of Maryland, and the report of the Attorney General of the United States that a perfect title had been secured over the land of the Beltsville Agricultural Research Center (BARC), Beltsville, Maryland."

As stated in our January 27, 2003, letter in response to previous FOIA requests submitted by you for the "Certificate of Acceptance" of Legislative Jurisdiction pursuant to Article 1, Section 8, Clause 17, and Title 40 U.S.C. SS255," ARS does not maintain a copy of this certificate. In our letter, you were directed to the Prince George's Land Records Office to obtain a copy; a copy of our January 27, 2003, letter is enclosed for your information.

In response to your request for the reports of the Attorney General that a perfect title had been secured over the BARC land, we maintain approximately 2,200 pages that contain the Attorney General reports along with the supporting documentation. As an "all other requester" you are entitled to 2 hours of search time free along with the first 100 page. Therefore, the cost for this information would be $480, which includes 5 hours of search time plus 2,200 pages at 20 cents per page minus the cost of the first 2 hours of search time and the first 100 pages. The U.S. Department of Agriculture regulations at 7 CFR Part 1, Subpart A., Appendix A, Section 8, allow our agency to require an advance payment of an amount up to the full estimated charges (but not less than 50 percent) from a requester before any of the requested materials are reproduced. Therefore, you should submit a check in the amount of $240, which is half of the estimated charges, to this office. Please make your check payable to "Treasurer of the United States" and send it to:

> FOIA Coordinator, ARS
> U.S. Department of Agriculture
> 5601 Sunnyside Avenue, Mail Stop 5128
> Beltsville, Maryland 20705-5128.

Please reference FOIA 07-53 on your check. Once your payment is received, we will proceed to copy the requested documents. You will be billed the outstanding balance at the time the documents are provided to you.



Office of the Director, Information Staff
5601 Sunnyside Avenue, Mail Stop 5128, Beltsville, MD 20705-5128
Voice: 301-504-1655 * FAX: 301-504-1647 * E-mail: shutchison@ars.usda.gov

Your request has been placed in our pending file until we receive a check from you. If this office does not hear back from you by January 19, 2007, your request will be closed.

Sincerely,

STASIA A.M. HUTCHISON
Freedom of Information Act
  Coordinator

Enclosure
  January 27, 2003, letter

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I mailed a complete copy of this Supplement Motion* and all attachments by U.S. Postage, prepaid addressed to:

Karen Melnik
U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20001

\* Motion For Appointment of Counsel

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521