**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAMON ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0202 (JDB) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the

Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive

motion in response to Plaintiff's Complaint. In support of this request, the defendant states as

follows:

1.    In defendant's first motion for an enlargement of time, it stated that the search and

copying costs of producing a copy of the requested report and supporting documents

would be $480. The defendant also noted that pursuant to USDA FOIA regulations,

plaintiff is required to pay half of that fee before the copying of the records can begin.

2.    In addition, the defendant stated that in a letter dated January 29, 2007, the ARS FOIA

unit told plaintiff that he had until March 30, 2007 (60 days from the letter date) to pay

the first half of the fee, and that if he did not do so, his request would be closed.

3.    According to agency counsel, plaintiff has paid the requisite fee. The defendant intends

to release the requested report and supporting documents within the next week. Agency

counsel further advises that there is no withholding issue in this case.

4.      In light of the foregoing, defendant is requesting an additional fourteen (14) days, until

April 18, 2007, to draft a declaration and file an appropriate dispositive motion.

5.      As plaintiff is incarcerated, it is not practicable for the undersigned to confer with him

regarding the instant motion

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, DC BAR #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for an Enlargement of Time was served by

first-class mail on this 4th day of April, 2007, upon:

Damon Elliott
Register No. 31034-037
F.C.C. USP
P.O. Box 1034
Coleman, FL.  33521

_____

Karen L. Melnik D.C. Bar # 436452
Assistant United States Attorney
555 4th Street, N.W. Rm E4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DAMON ELLIOTT,                                    )
                                                  )
                        Plaintiff,                )
                                                  )
        v.                                        )        Civil Action No. 07-0202 (JDB)
                                                  )
UNITED STATES DEPARTMENT OF                       )
AGRICULTURE,                                      )
                                                  )
                        Defendant.                )
_____          )

<u>ORDER</u>

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time, and

the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the Defendant's motion is hereby GRANTED; and it is further

ORDERED, that the Defendant's will have until April 18, 2007, to file a dispositive

motion.


                                          _____
                                          UNITED STATES DISTRICT COURT JUDGE


copies to:

Damon Elliott
Register No. 31034-037
F.C.C. USP
P.O. Box 1034
Coleman, FL.  33521

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530