RECEIVED
JUN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S. PENITENTIARY
P.O. BOX 26030
BEAUMONT, TX. 77720,

    Plaintiff,

v.           Civil Action No. 07-0202 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,

    Defendant.

## PLAINTIFF REPLY TO DEFENDANT MOTION TO DISMISS

Plaintiff make this declaration under the substitute of taking an oath, declaring under penalty of perjury that the defendant did not provide him with 2036 pages of all responsive documents as defendant stated.

Plaintiff request the Court to enforce a remedy to ensure he receive all 2036 pages of documents from defendant, just like the Court did in Elliott v. Department of Justice 04-1113 (ESH).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff Reply to Defendant Motion to Dismiss was served by first class postage prepaid mail, addressed to:

Karen L. Melnik
Assistant United States Attorney
555 4th St., N.W. RM E4112
Washington, D.C. 20530

on this 20th day of June 2007.

DAMON ELLIOTT 31034-037
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX. 77720

---

Please make Notice of Plaintiff address change.