UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE,**<br><br>Defendant. | Civil Action No. 07-202 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [#14] is DENIED and that its motion for summary judgment [#14] is GRANTED. It is further

ORDERED that plaintiff's motion for appointment of counsel [#11] and for leave to file out of time [#19] are DENIED as moot. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                                 /s/                                       
                                                                 JOHN D. BATES
                                                                 United States District Judge

Date: August 24, 2007