UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,

    Plaintiff,

v.   Civil Action No. 07-0202 (JDB)

U.S. DEPARTMENT OF AGRICULTURE,

    Defendant.

## MOTION FOR RECONSIDERATION
### FED. R. CV. P. 52(a)

Plaintiff request the Court to make specific findings of fact and law on each issue:

(1.) The fees are improperly calculated pursuant to Title 7 U.S.C.A. § 2243 and Title 7 U.S.C.S. § 2243.

(2.) Plaintiff requested the Court to Order the Defendant to provide him with "7 CFR 1.15 (c) and 7 CFR Part 1, Subpart A, Appendix A, Section 8" that they mention in their Motion to Dismiss dated May 22, 2007.

RECEIVED
SEP 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(3.) Plaintiff make this affidavit, declaring there is no provision which provides for the defendant to release all of the requested records once the agency receive half of the processing fees in advance.

## REMEDY

Plaintiff request the Court to Establish an Expedited briefing and argument schedule, Evidentiary Hearing, Jury Trial, and any other remedy the Court deems necessary.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the following Motion for Reconsideration by prepaid postage mail addressed to:

Melnik, Karen L.
Assistant U.S. Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530

on this 6th day of September 2007.

Damon Elliott 31034-037
Damon Elliott
U.S.P. P.O. Box 26030
Beaumont, TX. 77720