Received Mail Room
SEP 11 2007
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,

   Plaintiff-Appellant,

v.            Civil Action No. 07-0202 (JDB)

UNITED STATES DEPARTMENT OF AGRICULTURE,

   Defendant-Appellee.

## NOTICE OF APPEAL

Appellant want to appeal the Memorandum and Opinion Order dated August 24, 2007 in this case.

Please make Notice of Appeal and mail the necessary form[s] to appeal the decision in this court on the case above.

Appellant cannot afford the filing fee, and he need those form[s] too.

Sincerely,
Damon Elliott