UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
RECEIVED

NOV 3 0 2007

CLERK

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAMON ELLIOTT

USCA No. 07 - 5313

v.

DEPARTMENT OF AGRICULTURE

USDC No. 07 - 0202 (JDB)

ORIGINAL

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, DAMON ELLIOTT_____, declare that I am the

■ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In

support of this motion to proceed on appeal without being required to prepay fees,

costs or give security therefor, I state that because of my poverty I am unable to prepay

the costs of said proceeding or to give security therefor. My affidavit or sworn

statement is attached. I believe I am entitled to relief. The issues that I desire to
present on appeal/review are as follows: (*Provide a statement of the issues you will
present to the court. You may continue on the other side of this sheet if necessary.*)

The District Court didn't address all my issue's, whether defendant
stipulated a policy that allow them to release all of the records after
they only receive half (1/2) of the requested price "7 CFR 1.15 (c), and
CFR Part 1, Subpart A, Appendix A, Section 8." Whether the defendant's
research for documents amounted tap to 2036 page as they stated.
The defendant didn't provide me with 2036 pages, because I only
paid for half of them.

Signature *Damon Elliott*

Name of *Pro Se* Litigant (PRINT) DAMON ELLIOTT

Address U.S.P. P.O. BOX 26030

BEAUMON, TX. 77720

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

## Affidavit Accompanying Motion for Leave
## to Proceed on Appeal in Forma Pauperis

### United States Court of Appeals for the
### District of Columbia Circuit

DAMON ELLIOTT

Case No. 07-5313

v.

DEPARTMENT OF AGRICULTURE

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury
that, because of my poverty, I cannot prepay
the docket fees of my appeal or post a bond
for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury
under United States laws that my answers on
this form are true and correct. (28 U.S.C. §
1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application
and then sign it. Do not leave any blanks: if
the answer to a question is "0," "none," or
"not applicable (N/A)," write in that
response. If you need more space to answer
a question or to explain your answer, attach
a separate sheet of paper identified with your
name, your case's docket number, and the
question number.

**Signed:** Damon Elliott   **Date:** 11-27-07

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**My issues on appeal are:** Did the Court fail to rule on plaintiff's arguments, and did the Court err in granting summary judgment in favor of the defendant's when there was a dispute of material fact as to whether plaintiff receive all the 2036 page document when he coInly paid for half of the requested price. A Court camera review of the documents is requested.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): NONE | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Officer Brown Recreation Staff | P.O. Box 1034 Coleman, Fl. 33521 | Oct. 2006 | $ 2.06 |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | O | $ O | $ O |
| NONE | O | $ O | $ O |
| NONE | O | $ O | $ O |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | |
|---|---|---|
| O | O | Motor vehicle # 1 ___O___ (Value) |
| O | O | Make & year: ___O___ |
| O | O | Model: ___O___ |
| | | Registration #. ___O___ |

| Motor vehicle #2 ___O___ (Value) | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & year ___O___ | O | O |
| Model ___O___ | O | O |
| Registration #: ___O___ | O | O |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | O | O |
| NONE | O | O |
| NONE | O | O |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | O | O |
| NONE | O | O |
| NONE | O | O |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ O | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ O | $ N/A |
| Home maintenance (repairs and upkeep) | $ O | $ N/A |
| Food | $ O | $ N/A |
| Clothing | $ O | $ N/A |
| Laundry and dry-cleaning | $ O | $ N/A |
| Medical and dental expenses | $ O | $ N/A |
| Transportation (not including motor vehicle payments) | $ O | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ O | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ O | $ N/A |
| Homeowner's or renter's | $ O | $ N/A |
| Life | $ O | $ N/A |
| Health | $ O | $ N/A |
| Motor Vehicle | $ O | $ N/A |
| Other: NONE | $ O | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): NONE | $ O | $ N/A |
| Installment payments | $ O | $ N/A |
| Motor Vehicle | $ O | $ N/A |
| Credit card (name): NONE | $ O | $ N/A |
| Department store (name): NONE | $ O | $ N/A |
| Other: NONE | $ O | $ N/A |
| Alimony, maintenance, and support paid to others | $ O | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ O | $ N/A |
| Other (specify): NONE | $ O | $ N/A |
| Total monthly expenses: | $ O | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    ■ No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    ■ No

If yes, how much? $ ___NO___

If yes, state the attorney's name, address, and telephone number:
_____NONE_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    ■ No

If yes, how much? $ ___NO___

If yes, state the person's name, address, and telephone number:
_____NONE_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I don't have a girlfriend, friends, or family. or a job.

13. State the address of your legal residence.
___DAMON ELLIOTT 31034-037___
___P.O. BOX 26030  U.S.P.___
___BEAUMONT, TX. 77720___

Your daytime phone number: (___) ___N/A___
Your age: _37_    Your years of schooling: _GED_
Your social-security number: _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_

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

<br>

**No. 07-5313**                                   **September Term, 2007**

**07cv00202**

**Filed On:**

Damon Elliott,
          Appellant

    v.

Department of Agriculture,
          Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    OCT 1 0 2007

CLERK

## O R D E R

    Because appellant has not paid the appellate docketing fee in this case, it is

    **ORDERED**, on the court's own motion, that by November 9, 2007, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to appeal in forma pauperis, see Fed. R. App. P. 24(a), along with a completed Consent to Collection of Fees and Prisoner Trust Account Report. See Attachments. In the event the district court denies the request to proceed on appeal in forma pauperis, appellant will need to renew that request in this court.

    Appellant must give the Trust Account Report form to the Trust Officer for each institution in which appellant has been confined during the six months preceding the filing of the notice of appeal.  The Trust Officer must complete and sign the Trust Account Report and return the Report and supporting documents to appellant. Appellant must complete and sign the Motion for Leave to Proceed on Appeal in Forma Pauperis and the Consent to Collection of Fees and submit all three documents to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit.

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule.  Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

## No. 07-5313

## September Term, 2007

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Ken Meadows Jr.
Deputy Clerk

Attachments:
- (1)    Motion for Leave to Proceed on Appeal in Forma Pauperis
- (2)    Prisoner Trust Account Report
- (3)    Consent to Collection of Fees
- (4)    Prison Litigation Reform Act Informational Letter