# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 07-0202 (JDB) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) |
|        Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant Department of Agriculture and withdraw the appearance of Assistant United States Attorney Karen Melnik.

Dated: March 4, 2008                    Respectfully submitted,

/s/
Karen Melnik, D.C. Bar # 436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338
Karen.Melnik@usdoj.gov

/s/
Brandon L. Lowy,
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364
Brandon.Lowy@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this 4${}^{th}$ day of March, 2008, I caused a copy of the foregoing Notice of Substitution of Counsel to be sent by first class U.S. mail, postage prepaid, to:

> Damon Elliott
> Register No. 31034-037
> P.O. Box 26030, FCI Beaumont
> Beaumont, Texas 77720

> _____
> BRANDON L. LOWY
> Special Assistant United States Attorney
> 555 Fourth Street N.W.
> Washington, D.C. 20530
> (202) 307-0634